AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | 3:20-mj-179 |
| | ) | | |
| JORDAN MATTHEW JOHNSON | ) | | |
| | ) | | |
| _____ | ) | | |
| *Defendant(s)* | | | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____7/30/2020_____ in the county of _____Multnomah_____ in the District of _____Oregon_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting a Federal Officer |

This criminal complaint is based on these facts:

See Affidavit of USMS DUSM JONATHAN LOBELL attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

_____via telephone_____
*Complainant's signature*

USMS DUSM JONATHAN LOBELL
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at ____10:36____ a.m./p.m.

Date:  ____07/30/2020____

_____
*Judge's signature*

City and state:  ____Portland, Oregon____

Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*